**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1826

ROBERT S. REYNOLDS,

Plaintiff - Appellant,

versus

MARK WARNER, Honorable, Governor of
Commonwealth of Virginia,

Defendant - Appellee,

and

MEDICAL COLLEGE OF VIRGINIA, Auxiliary of
Virginia Commonwealth University Health
System; RETREAT HOSPITAL, INCORPORATED,

Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District
Judge. (CA-05-349)

Submitted: February 23, 2006      Decided: February 28, 2006

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert S. Reynolds, Appellant Pro Se. Stephen Michael Hall, Judith
Williams Jagdmann, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA,
Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert S. Reynolds appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Reynolds' motion for an en banc hearing and affirm for the reasons stated by the district court. See Reynolds v. Warner, No. CA-05-349 (E.D. Va. June 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED